**Perry W. NELSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58859.**

Missouri Court of Appeals,
Western District.

Aug. 7, 2001.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa Sutherland, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, and RONALD R. HOLLIGER, Judges.

## ORDER

Perry Nelson appeals the denial of his 24.035 motion for post-conviction relief after an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).